IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AARON CHRISTOPHER DAVIS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 22-0040-KD-N |
| JODY WISE, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

DONE and ORDERED this 4th day of January 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE